

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00269-CV

| | | |
|---|---|---|
| KELLY L. KING, Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2023-006452-3) |
| V. | § | October 16, 2025 |
| UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr